UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

C.A. NO.

****************************
CARLOS MENDOZA, *
PLAINTIFF *
*
V. *
*
NEWPORT FISH MARKET, *
LLC, AS OWNER OF THE *
F/V HOPE *
****************************

CA 06 16 S

**SEAMAN'S AFFIDAVIT**

I, Robert Karns, attorney for the plaintiff in the above-entitled action, do on oath depose and say as follows:

The Plaintiff, Carlos Mendoza, in the above-entitled action is a seaman and claims the benefits of the United States Code Annotated, Title 28, §1916 which provides that:

> "In all Courts of the United States seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefor."

Robert T. Karns

Robert T. Karns, Esquire
Karns Law Group
809 Acquidneck Avenue
Middletown, RI 02842
TEL (401) 841-5300
FAX (401) 846-5999

Date: December 15, 2005

2