UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Carlos Mendoza
Plaintiff(s)

v.

C.A. No. 06-165

Newport Fish Market, LLC
Defendant(s)

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

~~Plaintiff/Defendant~~ Carlos Mendoza hereby moves that Kevin Donius be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which plaintiff's counsel specializes:
- __________ counsel's long-standing representation of the client: __________
- The local trial bar lacks experience in the field of: __________.
- The case involves complex legal questions under the law of a foreign jurisdiction with which __________ counsel is familiar, specifically : __________.
- The case requires extensive discovery in a foreign jurisdiction convenient to __________ counsel, as follows: __________.
- It is a criminal case, and __________ counsel is defendant's counsel of choice.
- Other: __________.

(Plaintiff/~~Defendant~~)
By: Robert T Kan [signature]
Attorney for
Carlos Mendoza

DATED: 1/12/06