# EXHIBIT A

# Maine Secretary of State

# 2005 Annual Report
# Electronic Filing Acknowledgment

For Limited Liability Companies on file as of December 31, 2004

**Charter Number:** 20042125DC
**DCN Number:** 2050039860302
**Legal Name:** NEWPORT FISH MARKET, LLC

**Registered Agent and Registered Office:**

LLOYD P. LAFOUNTAIN
322-A ELM STREET
BIDDEFORD, ME 04005

**Brief statement of the character of the business:**

RETAIL FISH

**Name and Address of Member:**

DAVID REPOSA
86 ELM STREET, NEWPORT, MAINR 04943

**Date of Filing:** May 27, 2005

**Name and Capacity of Authorizing Party:**

LLOYD P. LAFOUNTAIN, REGISTERED AGNT