# EXHIBIT C

**MICHAEL X. SAVASUK**

ATTORNEY AT LAW

MARINE TRADE CENTER, SUITE 303

TWO PORTLAND FISH PIER

300 COMMERCIAL STREET

PORTLAND, MAINE 04101

TELEPHONE: (207) 773-0788
TELEFAX: (207) 775-3282

*MAILING ADDRESS*
POST OFFICE BOX 267
PORTLAND, MAINE 04112

May 16, 2006

VIA FACSIMILE (617) 696-6704

Kevin Donius, Esq.
Law Offices of Kevin Donius, P.C.
500 Granite Avenue
Milton, MA 02186

Re: Carlos Mendoza v. Newport Fish Market, LLC
Civil Action No. 1:06-cv-00016-S-DLM, USDC-RI

Dear Sir:

Please be advised that I represent Newport Fish Market, LLC regarding the captioned matter. I acknowledge our telephone conference of this date, in which you advised that the Defendant was served on the Clerk approximately last Wednesday, May 10.

As I advised you, there is no P&I (liability) insurance to cover this injury, and the corporation is in serious financial difficulties. Recently, there was a complete overhaul of the engine, and the vessel has not been operating for the last six weeks.

In any event, we understand that there may be maintenance and cure owed. However, I have copies of at least two checks in the amount of $500 each, that were given to your client, Mr. Mendoza. In addition, upon the request of Mr. Mendoza, he was paid cash because he was having difficulty cashing the checks, and received another $2,000, for a total of $3,000 to date. We have one bill in the amount of $2,187, a copy of which is attached hereto for your ready reference, but have nothing further.

In this regard, I would request copies of all other bills and supporting medical records, so we can fairly assess Mr. Mendoza's injuries. In the meantime, we will be retaining local counsel to file an Answer.

If you have any other questions, please do not hesitate to give me a call.

Very truly yours,

Michael X. Savasuk

MXS/jz
enclosures

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

**C.A. NO. 1:06-cv-000016-S-DLM**

| | |
|---|---|
| **CARLOS MENDOZA,** | * |
| **PLAINTIFF** | * |
| | * |
| **V.** | * |
| | * |
| **NEWPORT FISH MARKET,** | * |
| **LLC, AS OWNER OF THE** | * |
| **F/V HOPE,** | * |
| **DEFENDANT.** | * |

**AFFIDAVIT OF KEVIN DONIUS, ESQUIRE**

I, Kevin Donius, having been duly sworn, hereby state and depose as follows:

1. My name is Kevin Donius. I am an attorney for the Plaintiff in the within matter. I am working with local counsel, Robert T. Karns, Esquire, and have been admitted to this Court *Pro Haec Vice.*

2. Newport Fish Market, LLC, is a corporation duly organized and existing under the laws of the State of Maine. According to the records of the Secretary of State of Maine, the Registered Agent for Newport Fish Market, LLC is Lloyd LaFountain, whose address is listed as 322-A Elm Street in Biddeford, Maine.

3. On May 4, 2006, a process server, on behalf of the Plaintiff, undertook an investigation and learned that there were two (2) Lloyd LaFountains living in Biddeford, Maine, a father

and a son, but neither of them maintained a residence or office at the address listed in the Secretary of State's records. Because both father and son had the exact same name, it was unclear which one was the Registered Agent. Accordingly, the process server served both Mr. LaFountain, Jr. and Mr. LaFountain, Sr. with a Summons and Complaint in this matter on May 4, 2006 and May 10, 2006 respectively.

4. On May 16, 2006, I received a telephone call from Michael X. Savasuk, Esq. who stated that he was counsel for Newport Fish Market, LLC and that he would be representing it in connection with the case of Carlos Mendoza. On that same date, Attorney Savasuk faxed me a letter confirming that he represented Newport Fish Market, LLC and indicated that he would be hiring local counsel to file an answer in this matter.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY, this 26th day of May, 2006.

Kevin Donius, Esquire