CALDERBANK
INVESTIGATIONS

# Affidavit of Process Server

Carlos Mendoza vs Newport Fish MKt, LLC (LaFountain)
PLAINTIFF/PETITIONER DEFENDANT/RESPONDENT CASE NUMBER

I Douglas J. Calderbank, licensed Private Investigator depose and say that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Lloyd P. LaFountain II & Lloyd P. LaFountain III
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons / Complaint / Seamans Affidavit / Civil Action

By leaving with Registered Agent Lloyd P LaFountain III @ his residence in hand on May 4, 2006
PRINT NAME RELATIONSHIP

~~Location~~ and with Registered Agent Lloyd P LaFountain II at his home. 384 Alfred Street, Biddeford, ME.
ADDRESS CITY / STATE

**Manner of Service:**

- [x] **Personal:** By personally delivering copies to the person being served.
- [ ] **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.
- [ ] **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
- [x] **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.
- [ ] **Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

**Service Attempts:** Service was attempted on: (1) May 4, 2006 (2) May 9, 2006 (3) May 10, 2006

**Notes:**
Serve registered Agent of Newport Fish MKt. It is unclear which Lloyd LaFountain is the listed agent, since they have same name. So Both Father and son were served at each of there homes.

[signature]
SIGNATURE OF SERVER

SUBSCRIBED AND SWORN to before me this 23 day of May, 2006

TIA COBB
Notary Public, Maine
My Commission Expires April 28, 2013

April 28, 2013

[signature]
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC FOR THE STATE OF Maine

P.O. BOX 10928 • PORTLAND, MAINE 04104 • PHONE 207-773-8715 • FAX 207-221-1019
E-MAIL: Contact@CalderbankInvestigations.com • WEB: CalderbankInvestigations.com

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 5/4/2006 |
|---|---|
| NAME OF SERVER *(PRINT)* Douglas J. Calderbank | TITLE Licensed Private Investigator (Maine) & Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
Lloyd P. LaFountain III (Jr.) registered agent of Newport Fish Market was served at his residence located 8 Apple Ridge Trail, Biddeford, Maine. Subject is described approx. 44 yrs old, salt/pepper hair, 5'10, 220

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/4/2006
Date

[signature]
*Signature of Server*

PO Box 10928, Portland, ME 04104
*Address of Server*

Please Note: Lloyd Lafountain III did <u>not accept</u> service for his father Lloyd Lafountain II who he thought was the agent for this Matter.

CALDERBANK INVESTIGATIONS

PO Box 10928 Portland ME 04104

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 5/10/2006 |
|---|---|
| NAME OF SERVER (PRINT) Douglas J Calderbank | TITLE Licensed Private Investigator (Maine) & Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):

3 attempts to serve registered agent of Newport Fish Mkt. was executed the evening of May 4, 9, and afternoon May 10, 2006 at home of Lloyd P. LaFountain II. Papers left tapted to all doors exiting home!

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/10/2006 (Date) Douglas J. Calderbank (Signature of Server)

PO Box 10928, Portland, ME 04104
*Address of Server*

Due to supposed heart attack, Attorney Lafountain II is not coming to door to answer, His son denied acceptance of papers on 5/4/06

served 384 Alfred Street Biddeford, ME.

CALDERBANK INVESTIGATIONS

PO Box 10928 Portland ME 04104

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.