**UNITED STATES DISTRICT COURT**
**for the**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Carlos Mendoza, | ) | CIVIL ACTION NO. |
| | ) | 06-CV-0016-S-DLM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Newport Fish Market, LLC | ) | |
| Defendant | ) | |

**CORPORATE DISCLOSURE STATEMENT**

NOW COMES Defendant, Newport Fish Market, LLC, by and through counsel, William T. Murphy, and hereby submits its Corporate Disclosure Statement.

Newport Fish Market, LLC is a privately owned limited liability company and is not publicly traded.

Dated: June 6, 2006

William T. Murphy, Esq. (#1201)
Counsel for Defendant
William T. Murphy Law Offices, Inc.
312 Turks Head Building
P.O. Box 9623
Providence, RI 02940-9623
(401) 744-2336
Fax: (401) 751-5931
Email: wtm@wtmurphy.com