**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**C.A. NO. 06-16S**

**CARLOS MENDOZA,**
**PLAINTIFF**

**v.**

**NEWPORT FISH MARKET,**
**LLC, AS OWNER OF THE**
**F/V HOPE,**
**DEFENDANT**

**ENTRY OF APPEARANCE**

I, Robert T. Karns, Esq., hereby enter my appearance as counsel on behalf of the Plaintiff, CARLOS MENDOZA, in the above-entitled action.

PLAINTIFF,
CARLOS MENDOZA,
By His Attorney,

/s/ Robert T. Karns

_______________________________

Robert T. Karns, Esq. #3791
Joshua R. Karns, Esq. #7086
Karns Law Group
6 Valley Road
Middletown, RI 02842
401-841-5300
josh@karnslaw.com

**CERTIFICATION OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 1, 2006.

Attorney for Plaintiff: /s/ Robert T. Karns

_______________________________

Robert T. Karns, Esq. #3791