UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**CRIMINAL CASES:**

**JURY**

**CR06-061-S-DLM USA v. Kent Awer**
Possession With Intent to Distribute Cocaine
**CR06-66-S-DLM USA v. Richard Ribeiro**
Felon in Possession of a Firearm
**CR06-106-02-S-LDA USA v. Khalid Mason**
Conspiracy/Possession with Intent to Dist. Cocaine
**CR06-108-S-DLM USA v. Joseph Antone**
Possession with Intent to Distribute Cocaine
**CR06-111-S-DLM USA v. Manuel Ramon Vargas**
Illegal Re-Entry
**CR06-116-S-LDA USA v. John Kimbrough**
Possession with Intent to Distribute Cocaine
**CR07-003-S-DLM USA v. Ricardo Pierre**
Possession with Intent to Distribute Cocaine
**CR07-005-01-S-LDA USA v. Eudy Antonio Tejado-Pichardo**
Conspiracy/Possession with Intent to Dist. Cocaine
**CR07-005-02-S-LDA USA v. Ricardo Mejia**
Conspiracy/Possession with Intent to Dist. Cocaine

**CIVIL CASES:**

**JURY**

**CA04-459-S-LDA Richard Moreau v. State of Rhode Island, et al**
Civil Rights
**CA05-150-S-LDA Gordon Noonan, et al v. New Wharf Tavern**
Personal Injury
**CA06-16-S-DLM Carlos Mendoza v. Newport Fish Market, LLC**
Jones Act
**CA06-240-S-LDA Elektra Entertainment, Inc, et al v. Tina Carroll**
Copyright Infringment

**TRIAL NOTICE**

You are hereby notified that the above-captioned jury cases will be empaneled on **TUESDAY, April 3, 2007 at 9:30 a.m.**, before U.S. District Judge William E. Smith. Counsel must be present for empanelment of the jury. After empanelment, counsel must be prepared to begin trial on 24 hours notice, unless otherwise noted. The above cases may or may not be reached for trial in the order listed. It is counsel's responsibility to keep informed of the status of their cases. No change in the status of any case will be accepted unless immediately reported to and approved by Judge Smith prior to jury empanelment. Counsel are directed to review all pretrial orders to assure full compliance. Counsel in criminal cases are reminded that, absent a showing of good cause:

1. No plea agreements will be honored by the Court unless submitted in writing at least one week before empanlement. See Fed. R. Crim. P. 11(e).

2. No pleas will be accepted by the Court during the one week period preceding empanelment unless they have been scheduled before that period.

3. Under Guidelines 3E1.1(b)(2), only timely pleas qualify for a three level reduction for acceptance of responsibility.

Counsel are reminded that all exhibits should be pre-marked as stated in the applicable Pretrial Order and if any court equipment (i.e. overhead projectors; VCR etc.) is needed during the trial, counsel are to give Doreen Baldinelli in the Clerk's Office at least 24 hours notice of what they need.

All counsel must file a complete copy of their voir dire questions and in civil cases, counsel will also file a brief statement of the facts. These documents are to be filed in the Clerk's Office no later than **March 27, 2007.**

/s/William E. Smith

William E. Smith
U.S. District Judge

Date: