**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

**C.A. NO. 06-16S**

*******************************
**CARLOS MENDOZA, ***
**PLAINTIFF ***
*****
**V. ***
*****
**NEWPORT FISH MARKET, ***
**LLC, AS OWNER OF THE ***
**F/V HOPE, ***
**DEFENDANT. ***
*******************************

**PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO ANSWER INTERROGATORIES AND RESPOND TO RESQUESTS FOR PRODUCTION OF DOCUMENTS OR, IN THE ALTERNATIVE, FOR DEFAULT**

NOW COMES the Plaintiff, Carlos Mendoza, and pursuant to Fed. R. Civ. P. 37(d) hereby requests that this honorable Court compel the Defendant to serve answers to interrogatories propounded by Plaintiff under Fed. R. Civ. P. 33 and respond to requests for production of documents under Fed. R. Civ. P. 34 or in the alternative, Plaintiff requests that this Court enter judgment by default in favor of the Plaintiff. As grounds therefore, Plaintiff states:

1. On October 24, 2006, Plaintiff's counsel served interrogatories and requests for production of documents upon Defendant's counsel by hand.

2. Pursuant to Fed. R. Civ. P. 34(b) and 33(b) Defendant had 30 days to respond to said discovery requests, but, to date, has failed to due so.

WHEREFORE Plaintiff requests that this Court grant an order compelling Defendant's response to Plaintiff's discovery requests or enter judgment in favor of Plaintiff or grant such relief as determined appropriate by the Court under Fed. R. Civ. P. 37(b)(2)(A), (B), and (C) in addition to costs and reasonable attorneys fees.

Respectfully submitted for the Plaintiff,
Carlos Mendoza, by his Attorney,

/s/ Kevin Donius
Kevin Donius, Esquire
Law Offices of Kevin Donius, P.C.
424 Adams Street, Suite 100
Milton, MA 02186
TEL (617) 296-4900
FAX (617) 296-4990
BBO # 551298

/s/ Joshua R. Karns
Joshua R. Karns, Esq.
BBO # 662780
Karns Law Group
6 Valley Road
Middletown, RI 02842

Date: March 5, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non - registered participants on March 5, 2007.

/s/ Joshua R. Karns
Joshua R. Karns