UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

C.A. NO. 06-16-S

| | |
|---|---|
| CARLOS MENDOZA, PLAINTIFF | **PLAINTIFF'S MOTION FOR PROTECTION FROM THE TRIAL LIST FROM APRIL 2, 2007 THROUGH APRIL 20, 2007** |
| V. | |
| NEWPORT FISH MARKET, LLC, AS OWNER OF THE F/V HOPE, DEFENDANT. | |

The Plaintiff, Carlos Mendoza, by and through his attorneys, hereby respectfully requests protection from the trial list from April 2, 2007 through April 20, 2007. AS GROUNDS IN SUPPORT OF THIS MOTION, the Plaintiff states as follows:

1. Lead counsel for the Plaintiff, Kevin Donius, is scheduled to begin trial on April 2, 2007 in Suffolk Superior Court in Boston in a medical malpractice trial. Attorney Donius is lead counsel in that case which has been scheduled on a first case out, no continuances basis. The trial is expected to last at least two weeks. Accordingly, Plaintiff's counsel respectfully requests that the within matter not be called to trial before April 23, 2007.

WHEREFORE, the Plaintiff, Carlos Mendoza, respectfully requests protection from the trial list from April 2, 2007 through and including April 20, 2007.

The Plaintiff,
Carlos Mendoza,
By his Attorney,

/s/ Kevin Donius
Kevin Donius, Esq.
BBO # 551298
Law Offices of Kevin Donius, P.C.
424 Adams Street, Suite 100
Milton, MA 02186
TEL (617) 296-4900
FAX (617) 296-4990

/s/ Joshua R. Karns
Joshua R. Karns, Esq.
BBO # 662780
Karns Law Group
6 Valley Road
Middletown, RI 02842

Date: March 5, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non -registered participants on March 5, 2007.

/s/ Joshua R. Karns
Joshua R. Karns