**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

**C.A. NO. 06-16S**

```
**************************
CARLOS MENDOZA,          *
     PLAINTIFF           *
                         *
V.                       *
                         *
NEWPORT FISH MARKET,     *
LLC, AS OWNER OF THE     *
F/V HOPE,                *
     DEFENDANT.          *
**************************
```

**PLAINTIFF'S STATEMENT OF COMPLIANCE WITH FED. R. Civ. P. 37**

I, Kevin Donius, counsel for Plaintiff, Carlos Mendoza, hereby state as follows:

1. On October 24, 2006, I served interrogatories and requests for production of documents upon Defendant's counsel by hand.

2. The time period for a timely response has expired.

3. I have, in compliance with the requirements of Fed. R. Civ. P. 37, attempted to confer with Defendants counsel in order to resolve this issue.

4. As of this date I have not received a response.

Respectfully submitted for the Plaintiff,
Carlos Mendoza, by his Attorney,

/s/ Kevin Donius

Kevin Donius, Esquire
Law Offices of Kevin Donius, P.C.
424 Adams Street, Suite 100
Milton, MA 02186
TEL (617) 296-4900
FAX (617) 296-4990
BBO # 551298

/s/ Joshua R. Karns

Joshua R. Karns, Esq.
Karns Law Group
6 Valley Road
Middletown, RI 02842

Date: March 5, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non - registered participants on March 5, 2007.

/s/ Joshua R. Karns

Joshua R. Karns