**UNITED STATES DISTRICT COURT**
**for the**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Carlos Mendoza, | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CIVIL ACTION NO. 06-CV-0016-S-DLM |
| | ) | |
| v. | ) | |
| | ) | |
| Newport Fish Market, LLC | ) | |
| Defendant | ) | |

<u>DEFENDANT'S MOTION TO CONTINUE HEARING NOW SET FOR MARCH 16, 2007</u>

Defendant respectfully moves the Court to continue and reassign for hearing the Plaintiff's Motion for Discovery and other relief now set for hearing on March 16, 2007.

The grounds for the requested relief are that Defendant's counsel is scheduled to be in New York City on March 15 and 16.

Kevin Donius, Esq., lead counsel for the Plaintiff, has by telephone stated that he assents to this Motion.

Wherefore, the Defendant respectfully moves the Court to grant the requested relief and all other relief justice requires.

Dated: 3/9/2007

Respectfully submitted,

William T. Murphy, Esq. (#1201)
Counsel for Defendant
William T. Murphy Law Offices, Inc.
312 Turks Head Building
P.O. Box 9623
Providence, RI 02940-9623
(401) 744-2336
Fax: (401) 751-5931
Email: wtm@wtmurphy.com

CERTIFICATE OF SERVICE

I certify that on 3/9/2007 I served a copy of the above Motion to Continue upon counsel of record by mail addressed to counsel of record as follows:

Kevin Donius, Esq.
500 Granite Avenue
Milton, MA 02186

And

Robert T. Karns, Esq.
809 Acquidneck Avenue
Middletown, RI
02842