05/10/2014 23:05 FAX ☐002
n:William T. Murphy Law Offices, Inc. (16172964990) 16:32 05/18/07GMT-5:00 Pg 02-02

**UNITED STATES DISTRICT COURT**
**for the**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Carlos Mendoza,<br>Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 06-CV-0016-S-DLM |
| v. | ) | |
| Newport Fish Market, LLC<br>Defendant | ) | |

STIPULATION FOR ENTRY OF JUDGMENT

The parties by counsel agree that judgment may enter for Plaintiff against Defendant in the amount of Forty-Five Thousand and No/100 Dollars ($45,000), exclusive on interest and costs. The Defendant shall pay the judgment from its assets in monthly payments of Three Thousand and NO/100 Dollars ($3000.00) commencing six months after the entry of judgment.

DATED: [signature] 5/2/07 [signature] 5/18/07

Kevin Donius, Esq.
Counsel for the Plaintiff
424 Adams St., Suite 100
Milton, MA 02186

William T. Murphy, Esq.
(#1201)Counsel for Defendant
William T. Murphy Law Offices, Inc.
312 Turks Head Building,
P.O. Box 9623
Providence, RI 02940-9623
(401) 744-2336
Fax: (401) 751-5931
Email: wtm@wtmurphy.com

CONSENT TO ENTRY OF JUDGMENT

I, David Reposa, being duly sworn, depose and say that I am the president and sole equity holder in Newport Fish Market, LLC, and that I consent to the entry of judgment as recited in the above stipulation. [signature] X

Before me in Bristol, RI on May 7, 2007 appeared David Reposa, to me known and by me known to be the person executing the above Consent to Entry of Judgment, and he under oath acknowledged his execution thereof to be his free act and deed and the free act and deed of Newport Fish Market, LLC.

[signature]
Notary Public

MY COMMISSION EXPIRES
JANUARY 12, 2008